# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00238-BNB

CLIFFORD N. WOODS,

    Applicant,

v.

MIKE ARELLANO, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -1 2009

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's Motion to Appoint Counsel (Doc. # 4), filed on March 5, 2009, is DENIED as premature. Applicant's Motion to Waive Copy Fees (Doc. # 3), also filed on March 5, 2009, is DENIED.

Dated: April 1, 2009

Copies of this Minute Order mailed on April 1, 2009, to the following:

Clifford N. Woods
Prisoner No. 81438
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                            Secretary/Deputy Clerk